UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14-cv-91-FDW

| | |
|---|---|
| JOHN LEWIS WRAY, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| FORREST D. BRIDGES, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on consideration of Plaintiff's "Motion [to] Suppress Evidence" (Doc. No. 14). On April 8, 2014, the Court entered an Order dismissing Plaintiff's complaint, which he filed pursuant to 42 U.S.C. § 1983, after concluding that it was without merit and the Clerk entered judgment that same day. As there is no civil action pending at this time, the Court will dismiss Plaintiff's motion as moot.

**IT IS, THEREFORE, ORDERED** that Plaintiff's motion to suppress evidence is **DISMISSED** as moot. (Doc. No. 14).

Signed: June 18, 2014

Frank D. Whitney
Chief United States District Judge

1